NUMBER
13-05-117-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________


 

ROBERT
SCOTT,                                                     Appellant,

 

                                           v.

 

CAMERON
COUNTY, TEXAS,                                      Appellee.

_______________________________________________________


 

                  On appeal from the 404th
District Court

                          of Cameron
County, Texas.

______________________________________________________
_ 

                     MEMORANDUM OPINION

 

    Before Chief Justice Valdez and
Justices Hinojosa and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, ROBERT
SCOTT, perfected an appeal from a judgment entered by the   404th District Court of Cameron County, Texas, in cause number 2003-01-000153-G.  The clerk=s record was filed on March 18, 2005.  No reporter=s record was filed.  Appellant=s brief was due on April 18, 2005.  To date, no appellate brief has been
received.








When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On May 16,
2005, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was given ten days to explain why
the cause should not be dismissed for failure to file a brief.  To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 16th day of June, 2005